# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2450
Lower Tribunal No. 12-DR-004287

_____

ERROL CROSSDALE,

Appellant,

v.

JEANETTE RIVERA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Amy Hawthorne, Judge.

January 2, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and BROWNLEE, JJ., concur.


Errol Crossdale, Cape Coral, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED